**No. 66123.**—Swartz Waldbaum *v.* United States, protest 61/4199 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of pull reels in chief value of steel, used in the lining of handbags, and not suitable for use in the manufacture of articles provided for in paragraph 1527 (a), (b), or (c), the claim of the plaintiff was sustained.